IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BILLY SANCHEZ,**

      **Plaintiff,**

vs.                                                                                                 **Civ. No. 07-1081 RHS**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

**<u>ORDER GRANTING MOTION FOR ORDER AUTHORIZING ATTORNEY FEES</u>**

      THIS MATTER comes before the Court on Plaintiff's "Motion for an Order Authorizing Attorney Fees, with Supporting Memorandum" ("Motion"), filed April 6, 2010 **[Doc. 25]**. In his Motion, Plaintiff seeks authorization for attorney fees pursuant to § 406(b) in the amount of $6,850.00 for 18.4 hours of legal services provided in this Court. Plaintiff's counsel indicates that if the Court grants the Motion, counsel will refund to Plaintiff "the EAJA [("Equal Access to Justice Act")] fees of $3,026.60 and the filing costs of $350.00, minus $845.81 for gross receipts tax and $152.46 in advanced costs for medical records." (Motion at 2). The Commissioner "declines to assert a position on the reasonableness of Plaintiff's request, as he is not the true party in interest." (Defendant's Response to Plaintiff's Motion at 1, filed Apr. 22, 2010 **[Doc. 26]** (citing <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789, 798 n.6 (2002)).

      Plaintiff and his attorney have agreed that "[t]he attorney fees shall be $7,000.00 or the applicable maximum amount set by the Commissioner or twenty-five (25%) of back benefits, whichever is less." (Addendum to Fee Agreement for Appeals Council and/or Federal Court Appeals, Ex. B, attached to Motion). The Court has authority to award fees arising from time expended by attorneys in actions pursued in Federal Court. <u>See</u> 42 U.S.C. § 406(b). However,

the maximum attorney fee allowable under § 406(b) may not exceed 25% of a claimant's past due benefits. See § 406(b)(1)(a); Gisbrecht, 535 U.S. at 795. The parties present evidence that Plaintiff was awarded $55,400.00 in past due benefits. (See Notice of Award, Ex. A, attached to Defendant's Response to Court's Order for Clarification Regarding Motion for Attorney Fees, filed Jun. 8, 2010 **[Doc. 33]**). Thus, the fee amount requested by Plaintiff does not exceed the 25% maximum set under § 406(b). The Court concludes that a fee of $6,850.00 is reasonable under 42 U.S.C. § 406(b)(1).

**WHEREFORE**,

**IT IS ORDERED** that Plaintiff's Motion for an Order Authorizing Attorney Fees, with Supporting Memorandum **[Doc. 25]** is **granted** and the Court authorizes attorney fees in the amount of $6,850.00 for services before the Court.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall refund to Plaintiff $3,026.60 in EAJA fees and the filing costs of $350.00, minus $845.81 for gross receipts tax and $152.46 in advanced costs for medical records.

_Robert Hayes Scott_
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE